IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN  DIVISION

*FILED*
*03 NOV 13 AH 10: 31*
*U.S. DISTRICT COURT*
*N.D. OF ALABAMA*

NORMAN DIXON,                          )
                                       )
                Plaintiff,             )
                                       )
vs.                                    )          Civil Action Number
                                       )          **91-C-1750-S**
SAFELITE GLASS CORPORATION,            )
                                       )
                Defendant.             )

**ENTERED**

**NOV 13 2003**

## FINDINGS OF FACT AND CONCLUSIONS OF LAW
## ON PENDING MOTIONS

The Court makes the following findings and conclusions on the parties' Motion to Alter or

Amend the Judgment and Plaintiff's Motion for Attorney's Fees and Expenses.

### 1. FINDINGS OF FACT

1. Plaintiff is entitled to $ 157,210.61 as backpay and prejudgment interest.

2. Plaintiff's counsel have reasonably expended the following hours in this case:

|                        |        |
|------------------------|--------|
| Richard J. Ebbinghouse | 628.19 |
| Robert L. Wiggins, Jr. | 16.88  |
| Ann Wiggins            | 4.70   |
| Naomi H. Archer        | 6.50   |
| Wilbur Silberman       | 2.30   |

3. Reasonable hourly rates for Plaintiff's counsel are as follows:

|                        |        |
|------------------------|--------|
| Richard J. Ebbinghouse | $ 375  |
| Robert L. Wiggins, Jr. | 450    |
| Ann Wiggins            | 300    |
| Naomi H. Archer        | 250    |
| Wilbur Silberman       | 250    |

4. Plaintiff's counsel have reasonably incurred out of pocket expenses of $ 6,402.14 in the
prosecution of this case.

$8$

5. Plaintiff is not entitled to an enhancement based on the contumacious conduct of its managing agent.

## II. CONCLUSIONS OF LAW

1. Plaintiff is entitled to a judgment against the Defendant in the amount of $ 157,210.61 as backpay and prejudgment interest.

2. Plaintiff's counsel are entitled to attorneys' fees and expenses in the amount of $ 253,179.39.

3. In all other respects, the parties' Motions to Alter or Amend the Judgment are due to be denied.

Done this ___12th___ day of November, 2003.

Chief United States District Judge
U.W. Clemon

2